UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 4:05-CR-36 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| | ) | |
| TONY ALLEN ISBELL | ) | |
| | ) | |

**O R D E R**

Defendant Tony Allen Isbell ("Defendant") filed a motion to suppress (Court File No. 26) which was referred to United States Magistrate Judge Susan Lee to conduct an evidentiary hearing if necessary and make a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). On May 1, 2006, the magistrate judge filed a report and recommendation ("R&R") that Defendant's motion be denied (Court File No. 35). Neither party filed objections within the given ten days.

After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 35) pursuant to 28 U.S.C. § 636(b)(1)(C) and Defendant's motion to suppress (Court File No. 26) is hereby **DENIED.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**